### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARLA D. ALCORN and KEVIN W. ALCORN, | § § § | |
| Plaintiffs, | § § | |
| vs | § § | |
| EXECUTIVE HOME MORTGAGE, LTD., DON W. LEDBETTER, PLLC, J. P. MORGAN CHASE BANK, N.A., FAY SERVICING, LLC, U.S. NATIONAL BANK ASSOC, as Trustee for PROF-2013-M4 REMIC TRUST, | § § § § § § § § | CIVIL ACTION NO. 4:14-cv-00715 |
| Defendants. | § | |

### FINAL JUDGMENT AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.

On this day came Defendant JPMorgan Chase Bank, N.A. (JPMC) with its Motion for Entry of Final Judgment requesting the Court to enter a final judgment as to all claims Plaintiffs Marla D. Alcorn and Kevin W. Alcorn (Plaintiffs) asserted against it.  The Court, having considered the motion and any response thereto, finds that the motion is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that in accordance with the Memorandum Order entered February 17, 2015 and Federal Rule of Civil Procedure 54(b), all claims asserted by Plaintiffs against JPMorgan Chase Bank, N.A. are hereby dismissed with prejudice.  As between Plaintiffs and JPMC, all costs are to be borne by the party incurring same. This constitutes a final judgment herein as to JPMorgan Chase Bank, N.A.

SIGNED this 6th day of April, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE